IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JUSTIN JONES                                                      PLAINTIFF

v.                              No. 3:26-cv-127-DPM

NATIONAL ACTION RESOLUTIONS
GROUP, LLC;   CETERIS PORTFOLIO
SERVICES, LLC;   and CHARLES J.
JOHNSON, JR.                                                     DEFENDANTS

ORDER

Jones's motion to strike, *Doc. 3*, is granted as specified. The answer stands on behalf of Johnson, individually.   He's *pro se*. But the limited liability company must have a lawyer. *Carr Enterprises, Inc. v. United States*, 698 F.2d 952, 953 (8th Cir. 1983). Counsel for National Action Resolution Group must answer or respond to the complaint.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 June 2026