**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JUSTIN JONES** **PLAINTIFF**

**v.** **No. 3:26-cv-127-DPM**

**NATIONAL ACTION RESOLUTIONS GROUP, LLC; CETERIS PORTFOLIO SERVICES, LLC; and CHARLES J. JOHNSON, JR.** **DEFENDANTS**

## ORDER

Jones filed his complaint more than ninety days ago. Johnson and Ceteris Portfolio Services have answered, but the Court struck Johnson's answer on behalf of National Action Resolutions Group. *Doc. 6*. National Action Resolutions hasn't answered or responded. The docket is silent about service. Jones must file proof of service, or move to reopen and extend the service period for good cause shown, by 16 September 2026. If he doesn't, the Court will dismiss National Action Resolutions without prejudice. Fed. R. Civ. P. 4(m).

So Ordered.

D.P. Marshall Jr.
United States District Judge

30 September 2026