**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JUSTIN JONES** **PLAINTIFF**

**v.** **No. 3:26-cv-127-DPM**

**NATIONAL ACTION RESOLUTIONS GROUP, LLC; CETERIS PORTFOLIO SERVICES, LLC; and CHARLES J. JOHNSON, JR.** **DEFENDANTS**

# ORDER

Jones hasn't filed proof of service on National Action Resolutions Group, LLC; and the time to do so has passed. *Doc. 10.* The Court therefore dismisses that company without prejudice. FED. R. CIV. P. 4(m). The Court directs the Clerk to terminate National Action Resolutions as a defendant in the case.

So Ordered.

D.P. Marshall Jr.
United States District Judge

1 October 2026